FILED: January 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

        Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

        Respondent

---

This case has been opened in this court.

| | |
|---|---|
| Originating Court | National Labor Relations Board |
| Originating Case Number | 10-CC-276241 <br> 10-CE-271046 <br> 10-CE-271053 <br> 10-CC-276207 <br> 10-CE-276221 <br> 10-CC-276208 <br> 10-CE-271047 |

|  | 10-CE-271052<br>10-CE-276185 |
|---|---|
| Date Petition Filed: | 01/17/2023 |
| Petitioner | South Carolina State Ports Authority |
| Appellate Case Number | 23-1059 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |