# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CASE NO. 23-1059

**SOUTH CAROLINA STATE PORTS AUTHORITY,**

Petitioner,

v.

**NATIONAL LABOR RELATIONS BOARD,**

Respondent.

## ON PETITION FOR REVIEW OF AN ORDER OF
## THE NATIONAL LABOR RELATIONS BOARD

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S MOTION
## FOR LEAVE TO INTERVENE

John P. Sheridan
Daniel Wolff
Nicholas M. Graziano
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240
jsheridan@mmmpc.com
dwolff@mmmpc.com
ngraziano@mmmpc.com

*Counsel for the International Longshoremen's Association*

1003-547
130997

# INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S MOTION FOR LEAVE TO INTERVENE

The International Longshoremen's Association (ILA), a charged party in the National Labor Relations Board (NLRB) proceeding below, moves the Court for leave to intervene in this case pursuant to Federal Rule of Appellate Procedure 15(d) and Section 10 of the National Labor Relations Act, 29 U.S.C. § 160. In support of this Motion, the ILA states as follows:

1. On December 16, 2022, the NLRB issued its decision in *International Longshoremen's Association, AFL–CIO, CLC and International Longshoremen's Association AFL–CIO, Local 1422 and United States Maritime Association, LTD. and State of South Carolina and South Carolina State Ports Authority*, NLRB Case Nos. 10-CC-276241, 10-CE-271046, 10-CE-271053, 10-CC-276207, 10-CE-276221, 10-CC-276208, 10-CE-271047, 10-CE-271052, and 10-CE-276185, reported at 372 N.L.R.B. No. 36, in which it dismissed the NLRB General Counsel's consolidated complaints alleging that the ILA committed unfair labor practices under Section 8(b)(4)(ii)(A), (B) and 8(e) of the National Labor Relations Act (the "Act").

2. On January 17, 2023, the South Carolina States Port Authority (SCSPA) filed a petition for review of the NLRB's order with this Court, which was docketed as Case No. 23-1059.

3. The ILA was a charged party in the NLRB proceeding below and participated as a charged party in all stages of the proceedings before the NLRB. As the prevailing charged party, the ILA may intervene by right in these proceedings pursuant to Section 10(e) of the National Labor Relations Act, 29 U.S.C. § 160(e). *See United Auto Workers v. Scofield*, 382 U.S. 205, 217–22 (1965); *George Banta Co., Inc. v. NLRB*, 604 F.2d 830, 834 n. 4 (4th Cir. 1979) (citing *J. P. Stevens & Co. v. N.L.R.B.*, 388 F.2d 892, 895 (4th Cir. 1967)).

4. The ILA has a direct and substantial interest in this case, where the underlying questions effect the ILA's ability to enforce the terms of its contract at terminals across the Atlantic and Gulf Coasts of the United States.

5. The undersigned contacted Counsel for the SCSPA and the NLRB to ask whether they would consent to the ILA's intervention in this matter. Counsel for the NLRB has consented. Counsel for the SCSPA indicated that they could not provide unconditional consent. Regardless, the ILA "[has] a right to intervene in [this] Court of Appeals proceeding which reviews" the Board's decision in 372 N.L.R.B. No. 36. *Scofield*, 382 U.S. at 208.

**WHEREFORE**, the ILA requests that the Court grant its Motion for Leave to Intervene in this case.

Dated: February 2, 2023

Respectfully submitted,

/s/ Daniel Wolff

John P. Sheridan
Daniel Wolff
Nicholas M. Graziano
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240

*Counsel for the International Longshoremen's Association*

1003-547
130997

4

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1(a)(1), the International Longshoremen's Association certifies that it is an unincorporated labor organization that has no parent companies. No publicly held corporation owns 10 percent or more of the International Longshoremen's Association.

Dated: February 2, 2023

                                                Respectfully submitted,

                                                /s/ Daniel Wolff
Daniel Wolff
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY 10004
(212) 425-3240
dwolff@mmmpc.com

*Counsel for the International Longshoremen's Association*

## **CERTIFICATE OF COMPLIANCE**

In accordance with Federal Rule of Appellate Procedure 32(g)(1), I certify that the International Longshoremen's Association's Motion for Leave to Intervene complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 414 words, excluding the parts of the document that are exempted by Federal Rule of Appellate Procedure Rule 32(f), according to the Word Count function of Microsoft Word. I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface utilizing Microsoft Word 2016 in 14-point Times New Roman font.

 Dated: February 2, 2023

/s/ Daniel Wolff
Daniel Wolff
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240
dwolff@mmmpc.com

*Counsel for the International Longshoremen's Association*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I filed the foregoing **MOTION FOR LEAVE TO INTERVENE** with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that the foregoing document is being served today via email upon the following counsel:

>Carter G. Phillips
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005
>(202) 736-8000
>cphillips@sidley.com
>
>Michael O. Eckard
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>211 King Street, Suite 200
>Charleston, S.C. 29401
>(843) 720-0872
>michael.eckard@ogletreedeakins.com
>
>Tracey C. Green
>BURR & FORMAN LLP
>1221 Main Street
>Suite 1800
>Columbia, S.C. 29201
>(803) 753-3224
>tgreen@burr.com
>
>*Counsel for Petitioner South Carolina State Ports Authority*

1003-547
130997

7

Ruth E. Burdick
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
ruth.burdick@nlrb.gov

Milakshmi Rajapakse
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
milakshmi.rajapakse@nlrb.gov

Heather Beard
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
heather.beard@nlrb.gov

*Counsel for Respondent National Labor Relations Board*

Dated: February 2, 2023

/s/ Daniel Wolff
Daniel Wolff
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY 10004
(212) 425-3240
dwolff@mmmpc.com

*Counsel for the International Longshoremen's Association*