# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 2, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1059,        <u>South Carolina State Ports Authority v. NLRB</u>

10-CC-276241,10-CE-271046,10-CE-271053,10-CC-276207,10-CE-276221,10-CC-276208,10-CE-271047,10-CE-271052, 10-CE-276185

TO:    South Carolina State Ports Authority

RESPONSE DUE: 02/13/2023

Response is required to the motion to intervene on or before 02/13/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702