IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASE NO. 23-1059

---

SOUTH CAROLINA STATE PORTS AUTHORITY,

Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent.

---

ON PETITION FOR REVIEW OF AN ORDER OF
THE NATIONAL LABOR RELATIONS BOARD

---

STATE OF SOUTH CAROLINA'S MOTION TO INTERVENE

---

Alan Wilson                              W. Jeffrey Young
Robert D. Cook                           C. Havird Jones, Jr.
Jared Q. Libet
**ATTORNEY GENERAL FOR**
**THE STATE OF SOUTH CAROLINA**
Post Office Box 11549
Columbia, SC 29211

awilson@scag.gov                         jyoung@scag.gov
bcook@scag.gov                           sjones@scag.gov
jlibet@scag.gov
(803) 734-3970

*Counsel for the State of South Carolina*

# STATE OF SOUTH CAROLINA'S MOTION TO INTERVENE

Pursuant to Federal Rule of Appellate Procedure 15(d), the State of South Carolina ("State") respectfully moves to intervene as a Petitioner to challenge the National Labor Relations Board's ("NLRB") Order dated December 16, 2022 ("Order") and reported at *Int'l Longshoremen's Ass'n, AFL-CIO, CLC & Int'l Longshoremen's Ass'n AFL-CIO, Loc. 1422 & United States Mar. Ass'n, Ltd. & State of S.C. & S.C. State Ports Auth.,* 372 NLRB No. 36 (Dec. 16, 2022). The State was a party to and a participant in the proceedings below and, thus, would be entitled to file its own petition for review before this Court pursuant to 29 U.S.C.A. § 160(e) ("Any person aggrieved by a final order of the Board … may obtain a review of such order in" the appropriate United States Court of Appeals). *Sierra Club, Inc. v. E.P.A.*, 358 F.3d 516, 518 (7th Cir. 2004) (allowing intervention under Fed. R. App. P. 15(d) by party with direct interest). Therefore, allowing the State to intervene in the matter already docketed in this Court will allow for the conservation of judicial resources with no prejudice to any person or party.

Moreover, the State of South Carolina is entitled to intervene as of right. *See Sierra Club, Inc.*, 358 F.3d at 517-18 ("Rule 15(d) does not provide standards for intervention, so appellate courts have turned to the rules governing intervention in the district courts under Fed. R. Civ. P. 24."). As an aggrieved party and participant in the proceedings below, the State is given an unconditional right to intervene by

29 U.S.C.A. § 160(e). Fed. R. Civ. P. 24(a)(1). In this matter, the State has the requisite interest for intervention as of right in that it has

> an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the [State's] ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a)(2). *Sierra Club, Inc. v. E.P.A.,* 358 F.3d 516, 517–18, 57 Fed. R. Serv. 3d 1239, 2004 WL 309142 (7th Cir. 2004).

In addition, the State agrees to meet the proposed briefing and argument schedule set forth in the South Carolina State Ports Authority's Motion to Expedite Appeal, Case No. 23-1059, filed January 25, 2023 (Doc. 10) and joins in that request for expedited treatment.

## **CONCLUSION**

The State respectfully requests party status in this matter.

Respectfully submitted,

*/s/Jared Q. Libet*
Alan Wilson
W. Jeffrey Young
Robert D. Cook
C. Havird Jones, Jr.
Jared Q. Libet
ATTORNEY GENERAL FOR THE STATE OF SOUTH CAROLINA
Post Office Box 11549
Columbia, SC 29211
(803) 734-3970

*Counsel for the State of South Carolina*

## STATEMENT PURSUANT TO
## FOURTH CIRCUIT LOCAL RULE 27(A)

Counsel for Petitioner and Respondent have been notified of the intended filing of this Motion. Intervenor conferred with counsel for the Petitioner regarding the motion and Petitioner does not oppose the Motion. Intervenor conferred with counsel for the Respondent NLRB and Respondent does not oppose this Motion, but Respondent does not give its consent to Intervenor and Petitioner filing separate briefs.

Respectfully submitted this 2nd day of February, 2023.

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 416 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), incorporating Rules 32(a)(5) and 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

>   */s/Jared Q. Libet*
>   Jared Q. Libet
>
>   *Counsel for the State of South Carolina*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2023, I electronically filed the foregoing Motion to Intervene with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following:

Ruth E. Burdick
Heather S. Beard
Milakshmi V. Rajapakse
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003

Carter G. Phillips
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

Michael O. Eckard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
211 King Street, Suite 200
Charleston, SC 29401

Tracey C. Green
Burr & Forman LLP
1221 Main Street, Suite 1800
Columbia, SC 29201
*Counsel for South Carolina State Ports Authority*

I hereby certify that on this 2nd day of February, 2023, I served via electronic mail and first class mail notification of such filing to the following interested parties:

Joseph D. Richardson
Laurence M. Goodman
Willig, Williams & Davidson
1845 Walnut St., Ste. 2400
Philadelphia, PA 19103-4795
*Counsel for ILA Local 1422*

John P. Sheridan
Kevin Marrinan
Brian Jasinski
Nicholas M. Graziano
Marrinan & Mazzola Mardon, P.C.
26 Broadway, 17th Floor
New York, NY 10004
*Counsel for ILA International*

William M. Spelman
James R. Campbell
The Lambos Firm, LLP
303 South Broadway, Suite 410
Tarrytown, NY 10591
*Counsel for USMX*

Jonathan Fritts
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for USMX*

/s/Jared Q. Libet
Jared Q. Libet

*Counsel for the State of South Carolina*