FILED: February 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

      Petitioner

THE STATE OF SOUTH CAROLINA; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422

      Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to accelerate case

processing, the court denies the motion without prejudice to the refiling of the motion after the time for intervention under Rule 15(d) of the Federal Rules of Appellate Procedure has elapsed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk