# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

```
-----------------------------------------------  X
SOUTH CAROLINA STATE PORTS                       :
AUTHORITY                                        :   Case No. 23-1059
                                                 :
                          Petitioner             :
                                                 :
THE STATE OF SOUTH CAROLINA;                     :   On Petition for Review of an
INTERNATIONAL                                    :   Order of the National Labor
LONGSHOREMEN'S ASSOCIATION,                      :   Relations Board
LOCAL 1422                                       :
                                                 :
                          Intervenors            :
v.                                               :
                                                 :
NATIONAL LABOR RELATIONS                         :
BOARD                                            :
                                                 :
                          Respondent             :
-----------------------------------------------  X
```

## MOTION TO INTERVENE OF
## UNITED STATES MARITIME ALLIANCE, LTD.

Pursuant to Fed. R. App. P. 15(d), Local Rules 12(e) and 28(a), and Section

10(f) of the National Labor Relations Act (Act), 29 U.S.C. § 1160(f), United States

Maritime Alliance, Ltd. (USMX) hereby moves to intervene in the above-captioned

matter.  In support of this motion, USMX, by and through its undersigned counsel,

states as follows:

1.    USMX is a multiemployer collective-bargaining representative for its

members, which consist of shipping companies or lines (also known as carriers),

marine terminal operators and stevedoring companies, and port associations that represent employers of longshore labor engaged in container and roll-on/roll-off (ro/ro) operations in ports on the East and Gulf Coasts of the United States, including on marine terminals in the Port of Charleston, South Carolina.

2.      USMX, on behalf of its members, negotiates and administers with the International Longshoremen's Association (ILA), on behalf of its constituent locals, a collective bargaining agreement, known as the Master Contract.  The Master Contract establishes the key terms and conditions of employment for longshore workers that apply uniformly in all Master Contract ports on the Atlantic and Gulf Coasts of the United States, including the Port of Charleston.

3.      On December 21, 2022, the National Labor Relations Board (NLRB) issued its December 16, 2022 decision in the underlying matter.

4.      In the underlying matter USMX, along with the ILA and ILA Local 1422, was a Respondent to unfair-labor-practice charges filed by the State of South Carolina and Petitioner South Carolina State Ports Authority (SCSPA).  SCSPA alleged that Article VII, Section 7(b) of the Master Contract constituted a "hot cargo" provision in violation of Section 8(e) of the Act.

5.      USMX, along with the SCSPA, was also a Charging Party in the underlying matter arguing that an action filed in a New Jersey state court by the ILA

2

against USMX and two USMX carrier-members violated Sections 8(b)(4)(ii)(A) and

(B) and 8(e) of the Act.

6.    The NLRB's decision affirmed the Administrative Law Judge's

dismissal of the charge that Article VII, Section 7(b) of the Master Contract violates

Section 8(e) and dismissed the charge that the lawsuit filed by the ILA constituted

an unlawful secondary boycott.

7.    On January 17, 2023, SCSPA filed a petition to review the decision of

the NLRB.  It is anticipated that SCSPA will be challenging both determinations of

the NLRB.

8.    On January 25, 2023, SCSPA filed a motion to expedite its petition for

review.

9.    South Carolina and the ILA subsequently filed motions to intervene in

this proceeding.  The Court granted both motions.

10.    On February 6, 2023, the NLRB filed its opposition to SCSPA's motion

to expedite and the Court denied SCSPA's motion to expedite without prejudice.

11.    Pursuant to Local Rules 12(e) and 28(a), USMX respectfully seeks

leave to file a separate brief, if necessary, after SCSPA and the NLRB have filed

their respective initial briefs but before SCSPA has filed its reply brief because of

USMX's unique position as both a Respondent and Charging Party in the underlying

matter.

WHEREFORE, USMX respectfully requests that the Court grant its motion to intervene in this matter.

**Dated:   February 7, 2023**

Respectfully submitted,


*/s/ James D. Nelson*

MORGAN, LEWIS & BOCKIUS LLP



Jonathan C. Fritts
James D. Nelson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
jonathan.fritts@morganlewis.com
james.nelson@morganlewis.com

William M. Spelman
James R. Campbell
THE LAMBOS FIRM, LLP
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
wmspelman@lambosfirm.com
jrcampbell@lambosfirm.com

*Counsel for*
*United States Maritime Alliance, Ltd.*

**STATEMENT PURSUANT TO FOURTH CIRCUIT LOCAL RULE 27(A)**

Counsel for USMX has informed the respective counsel for the SCSPA, the NLRB, South Carolina, and the ILA about USMX's intended filing of this motion, and each has indicated that they have no objection to USMX's motion to intervene in this matter.

**Dated:   February 7, 2023**

Respectfully submitted,


*/s/ James D. Nelson*_____

MORGAN, LEWIS & BOCKIUS LLP


Jonathan C. Fritts
James D. Nelson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
jonathan.fritts@morganlewis.com
james.nelson@morganlewis.com

William M. Spelman
James R. Campbell
THE LAMBOS FIRM, LLP
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
wmspelman@lambosfirm.com
jrcampbell@lambosfirm.com

*Counsel for*
*United States Maritime Alliance, Ltd.*

5

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1(a) and Local Rule 26.1(a)(1), the undersigned counsel for United States Maritime Alliance, Ltd. (USMX) hereby certify that USMX is a not-for-profit membership corporation, has no corporate parent, and has no issued stock.

**Dated:   February 7, 2023**

Respectfully submitted,

*/s/ James D. Nelson*

MORGAN, LEWIS & BOCKIUS LLP

Jonathan C. Fritts
James D. Nelson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
jonathan.fritts@morganlewis.com
james.nelson@morganlewis.com

William M. Spelman
James R. Campbell
THE LAMBOS FIRM, LLP
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
wmspelman@lambosfirm.com
jrcampbell@lambosfirm.com

*Counsel for*
*United States Maritime Alliance, Ltd.*

6

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 27(d)(2)(A) and 32(g)(1), the undersigned certify that the Motion to Intervene of United States Maritime Alliance, Ltd. was prepared using Microsoft Word, Times New Roman typeface, size 14. The undersigned further certify that this motion is proportionally spaced and contains 512 words, excluding the parts of the document that are exempted by Fed. R. App. P. 32(f), according to the word-count function of Microsoft Word. The undersigned declare under penalty of perjury that the foregoing is true and correct.

**Dated:  February 7, 2023**

Respectfully submitted,

*/s/ James D. Nelson*

MORGAN, LEWIS & BOCKIUS LLP

Jonathan C. Fritts
James D. Nelson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
jonathan.fritts@morganlewis.com
james.nelson@morganlewis.com

William M. Spelman
James R. Campbell
THE LAMBOS FIRM, LLP

7

303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
wmspelman@lambosfirm.com
jrcampbell@lambosfirm.com

*Counsel for*
*United States Maritime Alliance, Ltd.*