# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CASE NO. 23-1059

---

## SOUTH CAROLINA STATE PORTS AUTHORITY,

### Petitioner,

### v.

## NATIONAL LABOR RELATIONS BOARD,

### Respondent.

---

## ON PETITION FOR REVIEW OF AN ORDER OF
## THE NATIONAL LABOR RELATIONS BOARD

---

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S RESPONSE
## TO UNITED STATES MARITIME ALLIANCE, LTD.'S
## MOTION TO INTERVENE

---

John P. Sheridan
Daniel Wolff
Nicholas M. Graziano
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240
jsheridan@mmmpc.com
dwolff@mmmpc.com
ngraziano@mmmpc.com
*Counsel for the International*
*Longshoremen's Association*

## <u>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S RESPONSE TO UNITED STATES MARITIME ALLIANCE, LTD.'S MOTION TO INTERVENE</u>

The International Longshoremen's Association (ILA) has moved to intervene in the above-captioned proceeding. ECF # 17. The ILA submits this Response to the Motion to Intervene filed by the United States Maritime Alliance, Ltd. (USMX), ECF # 27, to draw your attention to a potentially prejudicial request within USMX's Motion.

1.    While the ILA provided its consent to USMX's Motion to Intervene via telephone call earlier this morning, the ILA did not consent to the briefing schedule proposed in ECF #27 para. 11, nor was that proposal discussed between the parties. The proposal reads:

> Pursuant to Local Rules 12(e) and 28(a), USMX respectfully seeks leave to file a separate brief, if necessary, after SCSPA and the NLRB have filed their respective initial briefs but before SCSPA has filed its reply brief because of USMX's unique position as both a Respondent and Charging Party in the underlying matter.

2.    Put plainly, USMX asks this Court to prejudice both the ILA and the Respondent, the National Labor Relations Board (NLRB), by entering an Order that prevents both the ILA and NLRB from having any opportunity to respond to USMX's brief, as the Motion seeks to permit USMX to file a brief after the ILA has submitted a response to the South Carolina State Ports Authority (SCSPA) but before the SCSPA files a reply.

1003-547
131245

2

**WHEREFORE**, the ILA respectfully requests that the Clerk enters an order limited only to the Motion to Intervene and ignores the briefing schedule in ECF #27, para. 11.

Dated: February 7, 2023

Respectfully submitted,

/s/ Daniel Wolff
John P. Sheridan
Daniel Wolff
Nicholas M. Graziano
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240

*Counsel for the International Longshoremen's Association*

1003-547
131245

3

## **CERTIFICATE OF COMPLIANCE**

In accordance with Federal Rule of Appellate Procedure 32(g)(1), I certify that the International Longshoremen's Association's Response to USMX's Motion for Leave to Intervene complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 262 words, excluding the parts of the document that are exempted by Federal Rule of Appellate Procedure Rule 32(f), according to the Word Count function of Microsoft Word.  I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface utilizing Microsoft Word 2016 in 14-point Times New Roman font.

 Dated: February 7, 2023

/s/ Daniel Wolff
Daniel Wolff
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240
dwolff@mmmpc.com

*Counsel for the International Longshoremen's Association*

1003-547
131245

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I filed the foregoing RESPONSE TO UNITED STATES MARITIME ALLIANCE, LTD.'S MOTION TO INTERVENE with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that the foregoing document is being served today via email upon the following counsel:

Carter G. Phillips
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
cphillips@sidley.com

Michael O. Eckard
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
211 King Street, Suite 200
Charleston, S.C. 29401
(843) 720-0872
michael.eckard@ogletreedeakins.com

Tracey C. Green
BURR & FORMAN LLP
1221 Main Street
Suite 1800
Columbia, S.C. 29201
(803) 753-3224
tgreen@burr.com

*Counsel for Petitioner South Carolina State Ports Authority*

1003-547
131245

5

Ruth E. Burdick
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
ruth.burdick@nlrb.gov

Milakshmi Rajapakse
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
milakshmi.rajapakse@nlrb.gov

Heather Beard
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
heather.beard@nlrb.gov

*Counsel for Respondent National Labor Relations Board*

Robert D. Cook
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P. O. Box 11549
Columbia, SC 29211
(803) 734-3680
bcook@scag.gov

1003-547
131245

Jared Quante Libet
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P. O. Box 11549
Columbia, SC 29211
(803) 734-3680
jlibet@scag.gov

*Counsel for the State of South Carolina*

Joseph Doolin Richardson
WILLIG, WILLIAMS, & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 656-3655
jrichardson@wwdlaw.com

*Counsel for the International Longshoremen's Association,
Local 1422*

Jonathan C. Fritts
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
jonathan.fritts@morganlewis.com

James E. Nelson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel. (202) 739-3000
james.nelson@morganlewis.com

William M. Spelman
THE LAMBOS FIRM, LLP
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
wmspelman@lambosfirm.com

James R. Campbell
THE LAMBOS FIRM, LLP
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 381-9700
jrcampbell@lambosfirm.com

*Counsel for United States Maritime Alliance, Ltd.*

Dated: February 7, 2023

/s/ Daniel Wolff
Daniel Wolff
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY  10004
(212) 425-3240
dwolff@mmmpc.com

*Counsel for the International
Longshoremen's Association*