FILED: February 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

      Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

      Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422

      Intervenor

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to intervene filed by United States Maritime Alliance, Ltd., the court grants the motion. The parties are directed to file a proposed briefing schedule, including proposed length limitations, within 7 days of the date of this order.

            For the Court--By Direction

            /s/ Patricia S. Connor, Clerk