# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

### No. 23-1059

_____

SOUTH CAROLINA STATE PORTS AUTHORITY,

    Petitioner,

THE STATE OF SOUTH CAROLINA, UNITED STATES MARITIME ALLIANCE, LTD.,

    Petitioner-Intervenors,

v.

NATIONAL LABOR RELATIONS BOARD,

    Respondent,

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422,

    Respondent-Intervenor.

_____

### PETITIONER'S RESPONSE TO THE INTERNATIONAL LONGSHOREMEN'S ASSOCIATION'S MOTION FOR LEAVE TO INTERVENE

_____

In response to the Motion for Leave to Intervene filed by the International Longshoremen's Association ("ILA"), the South Carolina State Ports Authority ("SCSPA") states as follows:

1.     ILA incorrectly states that "[c]ounsel for the SCSPA indicated that they could not provide unconditional consent," ILA Mot. Leave Intervene at 3, ¶ 5 (ECF No. 17).  In fact, SCSPA stated as follows in response to ILA's request for consent:

> The Ports Authority consents to your appearance with the *expectation* that the ILA will not seek to cause any delay in the briefing and argument schedule.  To that same end, the Ports Authority has a motion to expedite pending.  Will the ILA likewise consent to that motion?

Email from SCSPA Counsel Michael Eckard to ILA Counsel Nicholas Graziano (Feb. 1, 2023 at 3:29 pm), attached as Ex. A (emphasis added).

2.     In its response, SCSPA thus consented to ILA's motion while also expressing an interest in having the appellate process proceed as expeditiously as possible, an interest that SCSPA already had represented to this Court through its Motion to Expedite Appeal filed on January 25, 2023.

3.     Notably, the International Longshoremen's Association, Local 1422 ("Local 1422") also requested SCSPA's consent to its motion to intervene, received substantially the same response from SCSPA as that given to the ILA, and accurately represented that SCPA had consented to its request, including entitling the motion as an "Unopposed Motion to Intervene." Local 1422 Mot. Leave Intervene at 2, ¶ 4 (ECF No. 22) ("Counsel for the Petitioner … consent[s] to this motion to intervene."); *see* Email from SCSPA Counsel Michael Eckerd to ILA Local 1422 Counsel Joseph Richardson (Feb. 3, 2023 9:52 a.m.), attached as Ex. B.

4.  SCSPA's interest in preventing any delay in the processing of this appeal is reasonable and appropriate in light of the significant problems that delay will cause to SCSPA and the State of South Carolina, as more fully explained in SCSPA's Motion to Expedite Appeal.

5.  Moreover, intervention is evaluated in part based on whether it will result in a delay in court proceedings. *See Sierra Club, Inc. v. E.P.A.*, 358 F.3d 516, 518 (7th Cir. 2004) 18 ("Rule 15(d) does not provide standards for intervention, so appellate courts have turned to the rules governing intervention in the district courts under Fed.R.Civ.P. 24."); *cf.* Fed. R. Civ. P. 24(a) ("On timely motion, the court must permit anyone to intervene who …."); Fed. R. Civ. P. 24(b)(3) ("In exercising its discretion [with respect to permissive intervention], the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.").

6.  Therefore, SCSPA's expression of its concern about unnecessary delay, and its prejudice to SCSPA's rights, is fully supported regardless of whether ILA is an intervenor as of right. In any event, SCSPA did not qualify its consent to ILA's motion to intervene, and ILA's contrary statement is incorrect.

Respectfully submitted,

*/s/ Carter G. Phillips*
Carter G. Phillips
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Michael O. Eckard
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
211 King Street, Suite 200
Charleston, SC 29401
(843) 720-0872

Tracey C. Green
BURR & FORMAN LLP
1221 Main Street, Suite 1800
Columbia, SC 29201
(803) 753-3224

*Counsel for Petitioner South Carolina State Ports Authority*

4

## **CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A). The response contains 499 words, excluding the parts of the response exempted by Federal Rule of Appellate Procedure 32(f).

This response complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), incorporating Rules 32(a)(5) and 32(a)(6). The response has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

                                            */s/ Carter G. Phillips*
                                            Carter G. Phillips

                                            *Counsel for Petitioner South Carolina State Ports Authority*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2023, I electronically filed the foregoing *Response to Motion for Leave to Intervene* with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filling to the following:

Ruth E. Burdick
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003

I hereby certify that on this 13th day of February 2023, I served via electronic mail and Federal Express overnight mail of such filing to the following interested parties:

Heather S. Beard
Milakshmi V. Rajapakse
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003
*Counsel for NLRB*

Joseph D. Richardson
Laurence M. Goodman
Willig, Williams & Davidson
1845 Walnut St., Ste. 2400
Philadelphia, PA 19103-4795
*Counsel for ILA Local 1422*

John P. Sheridan
Daniel Wolff
Kevin Marrinan
Brian Jasinski
Nicholas M. Graziano

Marrinan & Mazzola Mardon, P.C.
26 Broadway, 17th Floor
New York, NY 10004
*Counsel for ILA International*

William M. Spelman
James R. Campbell
The Lambos Firm, LLP
303 South Broadway, Suite 410
Tarrytown, NY 10591
*Counsel for USMX*

Jonathan Fritts
James D. Nelson
Morgan, Lewis & Brockius, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for USMX*

Jared Libet
Robert D. Cook
C. Havird Jones, Jr.
Alan Wilson
W. Jeffrey Young
Consumer Protection and Antitrust Division
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
*Counsel for the State of South Carolina*

                                              */s/ Carter G. Phillips*
                                              Carter G. Phillips

                                              *Counsel for Petitioner South Carolina State Ports Authority*

# EXHIBIT A

| | |
|---|---|
| **From:** | Eckard, Michael Oliver |
| **To:** | Nick Graziano; Green, Tracey; cphillips@sidley.com |
| **Cc:** | ruth.burdick@nlrb.gov; heather.beard@nlrb.gov; John Sheridan; Daniel Wolff; milakshmi.rajapakse@nlrb.gov |
| **Subject:** | RE: 23-1059 Petition for review of NLRB Case No. 10-CC-276241 [ODNSS-OGL.026700.000075] |
| **Date:** | Wednesday, February 1, 2023 3:28:57 PM |

**[EXTERNAL EMAIL]**

Good afternoon, Nick. The Ports Authority consents to your appearance with the expectation that the ILA will not seek to cause any delay in the briefing and argument schedule. To that same end, the Ports Authority has a motion to expedite pending. Will the ILA likewise consent to that motion?

**Michael Oliver Eckard | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Charleston Office: 211 King Street, Suite 200 | Charleston, SC 29401 | Telephone: 843-720-0872 | Fax: 843-853-9992
Atlanta Office: 191 Peachtree Street, N.E., Suite 4800 | Atlanta, GA 30303 | Telephone: 404-870-1792 | Fax: 404-870-1732
michael.eckard@ogletreedeakins.com | www.ogletreedeakins.com | Bio

**From:** Nick Graziano <ngraziano@mmmpc.com>
**Sent:** Tuesday, January 31, 2023 9:28 AM
**To:** Eckard, Michael Oliver <Michael.Eckard@ogletreedeakins.com>; tgreen@burr.com; cphillips@sidley.com
**Cc:** ruth.burdick@nlrb.gov; heather.beard@nlrb.gov; milakshmi.rajapakse@nlrb.gov; John Sheridan <JSheridan@mmmpc.com>; Daniel Wolff <DWolff@mmmpc.com>
**Subject:** 23-1059 Petition for review of NLRB Case No. 10-CC-276241

*[Caution: Email received from external source]*

Good morning:

As you may know, the undersigned firm is counsel to the International Longshoremen's Association. The ILA intends to appear in this proceeding as an Intervenor.

Please let us know whether you have any objection. We have already received consent from the Board's counsel who are copied here.

Truly yours,

Nicholas M. Graziano
Mazzola Mardon, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Direct 212.425.3613
Mobile 516.457.9441

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is

privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of the e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.

# EXHIBIT B

| | |
|---|---|
| **From:** | Eckard, Michael Oliver |
| **To:** | Joseph D. Richardson |
| **Cc:** | Green, Tracey; cphillips@sidley.com; jmeehan@sidley.com |
| **Subject:** | Re: S.C. State Ports Auth. v. NLRB, No. 23-1059 |
| **Date:** | Friday, February 3, 2023 9:52:35 AM |
| **Attachments:** | image001.png |

**[EXTERNAL EMAIL]**

Good morning, Joseph. The Ports Authority consents to your motion, with the expectation that Local 1422 will not seek to cause any delay in the briefing and argument schedule.  To that same end, the Ports Authority has a motion to expedite pending.  Will Local 1422 likewise consent to that motion?

**From:** Joseph D. Richardson <jrichardson@wwdlaw.com>
**Sent:** Friday, February 3, 2023 8:19 AM
**To:** Eckard, Michael Oliver <Michael.Eckard@ogletreedeakins.com>
**Cc:** tgreen@burr.com <tgreen@burr.com>; cphillips@sidley.com <cphillips@sidley.com>; jmeehan@sidley.com <jmeehan@sidley.com>
**Subject:** S.C. State Ports Auth. v. NLRB, No. 23-1059

*[Caution: Email received from external source]*

Michael,

Local 1422 intends to file a motion to intervene in this matter.  May I state that the Ports Authority consents?

Thank you,

Joe



Joseph D. Richardson
Pronouns:  He/Him
Direct Dial:  (215) 656-3655
jrichardson@wwdlaw.com

1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
www.wwdlaw.com

(215) 656-3600

CONFIDENTIAL: PRIVILEGED COMMUNICATION - CONTAINS ATTORNEY WORK PRODUCT
This message is from the law firm of Willig, Williams & Davidson. This message could contain viruses and it is the responsibility of the receiver to check and delete them. If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at (215-656-3600).