FILED: February 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

 Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

 Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

 Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

Intervenors

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to expedite filed by South Carolina State Ports Authority, the court grants the motion. The briefing schedule is as follows:

March 17, 2023 – Agency record due

March 31, 2023 – Petitioners' brief due, requiring a single brief of 16,000 words.

April 28, 2023 – Respondents' brief due, requiring a single brief of 16,000 words.

May 12, 2023 – USMX's brief due, requiring a single brief of 13,000 words.

May 26, 2023 – Petitioners' reply brief and responses to USMX's brief due, requiring a single brief of 6,500 words.

For the Court

/s/ Patricia S. Connor, Clerk