UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __23-1059__      Caption: South Carolina State Ports Authority v. NLRB

Pursuant to FRAP 26.1 and Local Rule 26.1,

United States Maritime Alliance, Ltd.
(name of party/amicus)

who is _____intervenor_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☑YES ☐NO
If yes, identify entity and nature of interest:

> See attachment. The entities listed in the attachment are USMX member companies whose financial interests could potentially be affected by the outcome of the litigation.

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐YES ☑NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐YES ☑NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ James D. Nelson                Date: March 3, 2023

Counsel for: James D. Nelson

Print to PDF for Filing

*South Carolina State Ports Authority v. NLRB*
No. 23-1059

## ATTACHMENT

4. **The following publicly held corporations or publicly held entities are USMX member companies whose financial interests could potentially be affected by the outcome of the litigation. The entities are:**

COSCO Shipping Lines (North America) Inc. is a wholly-owned subsidiary of COSCO SHIPPING Lines Co., Ltd., which is a wholly-owned subsidiary of COSCO SHIPPING Holdings Co., Ltd., which is dually listed on the Hong Kong Stock Exchange and the Shanghai Stock Exchange.

Evergreen SHIPPING Agency (America) Corp. is the North American general agent for Evergreen Marine Corp. (Taiwan) Ltd., which is a publicly traded company on the Taiwan Stock Exchange.

Hyundai Merchant Marine (America), Inc. is a subsidiary of HMM Co., Ltd., which is publicly traded on the Korea Exchange.

Maersk Line is a subsidiary of AP Moller - Maersk A/S, which is publicly traded on NASDAQ Copenhagen.

Ocean Network Express (North America) Inc. is a subsidiary of Ocean Network Express Pte. Ltd., which is comprised of Kawasaki Kisen Kaisha, Ltd. ("K" Line), Mitsui O.S.K. Line (MOL Line), and Nippon Yusen Line (NYK Line), which are publicly traded on the Tokyo Stock Exchange.

OOCL USA Inc. is a subsidiary of Orient Overseas Container Line Limited, which is wholly owned by Orient Overseas (International) Limited (OOIL), which is listed on the Hong Kong exchange. The majority shareholder of OOIL is COSCO SHIPPING Holdings Co. Ltd., which is traded on the Hong Kong and Shanghai exchanges.

Wallenius Wilhelmsen Logistics Americas, LLC is a subsidiary of Wallenius Wilhelmsen ASA, which is publicly traded on the Oslo, Norway stock exchange.

Yang Ming (America) Corp. is a subsidiary of Yang Ming Marine Transport Corp., which is publicly traded on the Taiwan stock exchange.

**ATTACHMENT**
(continued)

Zim American Integrated Shipping Services Company, Inc. is a subsidiary of Zim Integrated Shipping Services Ltd., which is publicly traded on the New York Stock Exchange.

2