FILED: March 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

 Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

 Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

 Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

 Intervenors

_____

O R D E R

_____

Upon consideration of Respondent's motion to file briefs separate from other parties, the court grants leave to file separate briefs of no more than 13,000 words.

For the Court

/s/ Patricia S. Connor, Clerk