FILED: March 14, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

      Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

      Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

      Intervenors

_____

O R D E R

_____

Upon consideration of the motion of Intervenors International Longshoremen's Association and International Longshoremen's Association, Local 1422 to file separate briefs, the court grants the motion and amends the briefing schedule as follows:

March 17, 2023 – Agency record due.

March 31, 2023 – Petitioners' brief due, requiring a single brief of 16,000 words.

April 28, 2023 – Respondents' brief due, requiring a brief of 13,000 words; Intervenors International Longshoremen's Association and International Longshoremen's Association, Local 1422's brief due, requiring a single brief of 13,000 words.

May 12, 2023 – USMX's brief due, requiring a single brief of 13,000 words.

May 26, 2023 – Petitioners' reply brief and responses to USMX's brief due, requiring briefs of 6,500 words.

For the Court

/s/ Patricia S. Connor, Clerk