## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

| |
|---|
| This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form. |
| Case Number: 23-1059             Date of Oral Argument: 06/06/23 |
| Caption: South Carolina State Ports Authority v. NLRB |
| Attorney Arguing: William M. Spelman |
| Arguing on Behalf of (party name): <br> United States Maritime Alliance, Ltd. |
| Select party type: <br> ☐ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☑ Intervenor |
| Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: |
| **Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form. <br> → 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time <br> → 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases <br> → Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes) <br><br> First Attorney Arguing Per Side: See attached supplemental statement <br> Phone Number (day of argument): <br><br> Principal Argument Time:            Rebuttal Argument Time (if any): <br> (for appellants and appellees)        (appellants and cross-appellants only) <br><br> Any Second Attorney Sharing Arguing Time: <br> Phone Number (day of argument): <br><br> Principal Argument Time:            Rebuttal Argument Time (if any): <br> (for appellants and appellees)        (appellants and cross-appellants only) |
| Any Counsel for Amicus Participating in Argument by Leave of Court: <br> Phone Number (day of argument): <br><br> Argument Time:           Select one of the following: ☐ Order allowing argument time                             ☐ Court-Appointed Amicus |
| Signature: *[signed]*           Date: 3/28/2023 |

03/08/2022 SCC

## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

### Supplemental Statement of
### Intervenor United States Maritime Alliance, Ltd.

In accordance with guidance received from the case manager on March 22, 2023, Intervenor United States Maritime Association, Ltd. (USMX) submits this supplemental statement seeking an adjustment to the typical allocation of time for oral argument. The Court has previously recognized USMX's unique position in this case because USMX was both a Respondent and a Charging Party in the underlying matter and the National Labor Relations Board issued a decision that found in favor of USMX's position as a Respondent and in opposition to USMX's position as a Charging Party. Accordingly, the Court granted USMX's request to file a separate brief, if necessary (*see* Doc. No. 27, Motion to Intervene of United States Maritime Alliance, Ltd., and Doc. No. 30, Order) and granted USMX permission to file its brief after the filing of briefs by Petitioner, Respondent, and Intervenors (*see* Doc No. 38, Order; Doc. No. 43, Order; and Doc. No. 46, Accelerated Briefing Order – Civil/Agency).

Based upon the foregoing, USMX respectfully seeks to reserve an allotment of ten (10) minutes of oral-argument time, if necessary, to respond to any issues that may be raised by Petitioner, Respondents, or Intervenors during their principal oral-argument time, but before any rebuttal argument has been provided by those parties, that implicate the interests of USMX.

74778