# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 14, 2023

_____

RESPONSE REQUESTED

_____

No.   23-1059,          South Carolina State Ports Authority v. NLRB
                        10-CC-276241,10-CE-271046,10-CE-271053,10-CC-276207,10-CE-276221,10-CC-276208,10-CE-271047,10-CE-271052, 10-CE-276185

TO:    International Longshoremen's Association, Local 1422
       International Longshoremen's Association

RESPONSE DUE: 04/19/2023

Response is required to the motion for additional argument time on or before 04/19/2023.

Tony Webb, Deputy Clerk
804-916-2702