FILED: April 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

      Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

      Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

      Intervenors

------------------------------

NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; SOUTH CAROLINA CHAMBER OF COMMERCE; NATIONAL ASSOCIATION OF MANUFACTURERS; SOUTH CAROLINA MANUFACTURERS ALLIANCE; GOVERNOR HENRY MCMASTER

      Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of Respondent's unopposed motion to extend the deadline for filing a response brief to May 5, 2023, the court grants the motion.

      For the Court

      /s/ Patricia S. Connor, Clerk