FILED: April 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1059
(10-CC-276241)
(10-CE-271046)
(10-CE-271053)
(10-CC-276207)
(10-CE-276221)
(10-CC-276208)
(10-CE-271047)
(10-CE-271052)
(10-CE-276185)

_____

SOUTH CAROLINA STATE PORTS AUTHORITY

      Petitioner

THE STATE OF SOUTH CAROLINA; UNITED STATES MARITIME ALLIANCE, LTD.

      Intervenors

v.

NATIONAL LABOR RELATIONS BOARD

      Respondent

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1422; INTERNATIONAL LONGSHOREMEN'S ASSOCIATION

        Intervenors

------------------------------

NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; SOUTH CAROLINA CHAMBER OF COMMERCE; NATIONAL ASSOCIATION OF MANUFACTURERS; SOUTH CAROLINA MANUFACTURERS ALLIANCE; GOVERNOR HENRY MCMASTER

        Amici Supporting Petitioner

_____

O R D E R

_____

This case is calendared for oral argument on June 6, 2023.

Upon consideration of submissions relative to the motion for additional argument time, the court sets forth the following allotment of time and schedule for oral argument:

        South Carolina State Ports Authority – 15 minutes

        United States Maritime Alliance, Ltd. – 5 minutes

        National Labor Relations Board – 15 minutes

        International Longshoremen's Association – 5 minutes

        South Carolina State Ports Authority – 5 minutes

                For the Court

                /s/ Patricia S. Connor, Clerk